PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION   FILED BY _AOV_ D.C.

2005 JUL 22 AM 8:2[?]

DOCKET NUMBER *(Tran. Court)*
1:03CR00006

DOCKET NUMBER *(Rec. Court)*
05-20244-B

| NAME AND ADDRESS OF SUPERVISED RELEASEE: | DISTRICT<br>Southern District of Ohio | DIVISION<br>Western |
|---|---|---|
| Derwand Shorter<br>4073 Royal Crest Drive<br>Memphis, TN 38115 | NAME OF SENTENCING JUDGE<br>The Honorable Sandra S. Beckwith<br>Chief United States District Judge | |
| | DATES OF SUPERVISED RELEASE: | FROM<br>January 31, 2005 / TO January 30, 2008 |

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN, MEMPHIS

**OFFENSES**
1. Conspiracy to Commit Crimes Against the United States, 18:371
4. Interstate Transportation of Stolen Property, 18:2314
5. Receipt and Sale of Stolen Property, 18:2315 and 2.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Southern District of Ohio"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_6/23/05_
Date

_[signature]_
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Western District of Tennessee

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_7/21/05_
Effective Date

_[signature] J. Daniel Breen_
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _7-22-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 2:05-CR-20244 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT